**07 C 6717**

## EXHIBIT A DOE LIST

**JUDGE COAR**
**MAGISTRATE JUDGE ASHMAN**

| | |
|---|---|
| Doe # 1  | IP Address: 131.156.225.156 2007-02-13 13:40:41 EST |
| Doe # 2  | IP Address: 131.156.225.16 2007-02-06 18:44:57 EST |
| Doe # 3  | IP Address: 131.156.226.75 2007-02-07 10:55:58 EST |
| Doe # 4  | IP Address: 131.156.227.144 2007-02-12 15:50:10 EST |
| Doe # 5  | IP Address: 131.156.229.205 2007-02-04 22:43:32 EST |
| Doe # 6  | IP Address: 131.156.232.169 2007-02-10 14:21:18 EST |
| Doe # 7  | IP Address: 131.156.236.105 2007-04-24 08:52:43 EDT |
| Doe # 8  | IP Address: 131.156.238.175 2007-02-16 10:05:32 EST |
| Doe # 9  | IP Address: 131.156.238.68 2007-02-12 14:02:15 EST |
| Doe # 10 | IP Address: 131.156.243.122 2007-02-05 21:13:59 EST |
| Doe # 11 | IP Address: 131.156.244.103 2007-02-14 10:07:48 EST |
| Doe # 12 | IP Address: 131.156.246.136 2007-02-05 04:31:04 EST |
| Doe # 13 | IP Address: 131.156.246.85 2007-08-26 14:09:23 EDT |
| Doe # 14 | IP Address: 131.156.252.240 2007-02-09 17:02:16 EST |
| Doe # 15 | IP Address: 131.156.253.179 2007-04-15 19:36:28 EDT |
| Doe # 16 | IP Address: 131.156.253.199 2007-02-06 10:01:14 EST |
| Doe # 17 | IP Address: 131.156.253.86 2007-02-13 21:48:15 EST |

# EXHIBIT A

**IP Address:** 131.156.225.156 2007-02-13 13:40:41 EST          **CASE ID#** 118229180

**P2P Network:** GnutellaUS          **Total Audio Files:** 205

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | The Cranberries | Zombie | Zombie (single) | 200-362 |
| UMG Recordings, Inc. | Rush | Tom Sawyer | Moving Pictures | 25-005 |
| Elektra Entertainment Group Inc. | Bjork | Hyperballad | Telegram | 235-219 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |

# EXHIBIT A

**IP Address:** 131.156.225.16 2007-02-06 18:44:57 EST          **CASE ID#** 117421387

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 85

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | Disturbed | Remember | Believe | 316-958 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Godsmack | Vampires | Awake | 293-376 |
| SONY BMG MUSIC ENTERTAINMENT | Ozzy Osbourne | Bark at the Moon | Bark At The Moon | 53-824 |

# EXHIBIT A

**IP Address:** 131.156.226.75 2007-02-07 10:55:58 EST         **CASE ID#** 117518555

**P2P Network:** GnutellaUS                                     **Total Audio Files:** 114

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Atlantic Recording Corporation | Sinead O'Connor | No Man's Woman | Faith and Courage | 284-344 |
| BMG Music | Dave Matthews Band | Crush | Before These Crowded Streets | 257-982 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | Vertical Horizon | Give You Back | Everything You Want | 277-868 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | A Thousand Miles (single) | 306-656 |
| Warner Bros. Records Inc. | The Used | Bulimic | The Used | 314-399 |

# EXHIBIT A

**IP Address:** 131.156.227.144 2007-02-12 15:50:10 EST　　　　**CASE ID#** 118108831

**P2P Network:** GnutellaUS　　　　**Total Audio Files:** 138

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Bat Out Of Hell | Bat Out Of Hell | N46849 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Stellar | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar (single) | 280-701 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |
| UMG Recordings, Inc. | Bon Jovi | Wanted Dead Or Alive | Slippery When Wet | 71-794 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Wish You Were Here | Morning View | 306-181 |

## EXHIBIT A

**IP Address:** 131.156.229.205 2007-02-04 22:43:32 EST        **CASE ID#** 117160763

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 198

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot Ultramix | 306-657 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| Interscope Records | Eminem | Hailie's Song | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Tom Petty | Into the Great Wide Open | Into The Great Wide Open | 132-454 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Warner Bros. Records Inc. | Van Halen | Jump | Jump (single) | 53-832 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |

# EXHIBIT A

**IP Address:** 131.156.232.169 2007-02-10 14:21:18 EST       **CASE ID#** 117832763

**P2P Network:** GnutellaUS       **Total Audio Files:** 34

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Express Yourself | Like a Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Lucky Star | Madonna | 46-877 |
| Virgin Records America, Inc. | Spice Girls | Goodbye | Forever | 289-357 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |

# EXHIBIT A

**IP Address:** 131.156.236.105 2007-04-24 08:52:43 EDT          **CASE ID#** 126591800

**P2P Network:** GnutellaUS          **Total Audio Files:** 643

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Shabba Ranks | Housecall | As Raw As Ever | 130-760 |
| Atlantic Recording Corporation | Junior Mafia | Get Money | Conspiracy | 225-941 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |
| Warner Bros. Records Inc. | Karyn White | Superwoman | Karyn White | 97-318 |
| Interscope Records | Truth Hurts | Addictive | Truthfully Speaking | 317-059 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Aerials | Toxicity | 301-897 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |

# EXHIBIT A

**IP Address:** 131.156.238.175 2007-02-16 10:05:32 EST         **CASE ID#** 118554978

**P2P Network:** AresWarezUS                                     **Total Audio Files:** 168

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Warner Bros. Records Inc. | The Used | The Taste of Ink | The Used | 314-399 |
| Priority Records LLC | Ice Cube | Hello | War & Peace: Vol. 2 | 287-151 |
| Atlantic Recording Corporation | Stone Temple Pilots | Sour Girl | No. 4 | 269-455 |
| UMG Recordings, Inc. | Anthrax | Time | Persistence Of Time | 122-666 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| UMG Recordings, Inc. | Ja Rule | Race Against Time | Venni Vetti Vecci | 174-722 |
| Priority Records LLC | NWA | Automobile | Efil4zaggin' | 137-627 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |

# EXHIBIT A

**IP Address:** 131.156.238.68 2007-02-12 14:02:15 EST      **CASE ID#** 118103429

**P2P Network:** GnutellaUS      **Total Audio Files:** 188

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| Motown Record Company, L.P. | Erykah Badu | My Life | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | DMX | What These Bitches Want | ...And Then There Was X | 279-017 |
| Interscope Records | Eve | Love Is Blind | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| SONY BMG MUSIC ENTERTAINMENT | Babyface | When Can I See You | For The Cool In You | 184-540 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |

## EXHIBIT A

**IP Address:** 131.156.243.122 2007-02-05 21:13:59 EST      **CASE ID#** 117289845

**P2P Network:** GnutellaUS      **Total Audio Files:** 166

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Shania Twain | That Don't Impress Me Much | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | 911 | The Ecleftic -2 Sides II A Book | 291-301 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Sexual Healing (single) | 38-850 |

## EXHIBIT A

**IP Address:** 131.156.244.103 2007-02-14 10:07:48 EST          **CASE ID#** 118324406

**P2P Network:** GnutellaUS          **Total Audio Files:** 157

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Allure | All Cried Out | Allure | 241-069 |
| UMG Recordings, Inc. | Billie Myers | Kiss The Rain | Kiss The Rain (single) | 245-335 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | How Much | Rainbow | 276-595 |
| Capitol Records, Inc. | Coldplay | The Scientist | A Rush of Blood to the Head | 322-958 |
| Warner Bros. Records Inc. | Faith Hill | If I'm Not In Love | Breathe | 276-629 |
| BMG Music | Martina McBride | Wrong Again | Evolution | 240-332 |

# EXHIBIT A

**IP Address:** 131.156.246.136 2007-02-05 04:31:04 EST    **CASE ID#** 117198578

**P2P Network:** GnutellaUS    **Total Audio Files:** 233

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | Why Georgia | Room for Squares | 305-049 |
| UMG Recordings, Inc. | Ludacris | Phat Rabbit | Back For the First Time | 289-433 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| UMG Recordings, Inc. | Sheryl Crow | Soak Up The Sun | C'Mon C'Mon | 311-757 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |

# EXHIBIT A

**IP Address:** 131.156.246.85 2007-08-26 14:09:23 EDT

**CASE ID#** 140287647

**P2P Network:** GnutellaUS

**Total Audio Files:** 245

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | First Date | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Interscope Records | Eminem | White America | Eminem Show | 317-924 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Simple Man | Pronounced Leh'-nerd Skin'-nerd | N8871 |
| BMG Music | LFO | Every Other Time | Life Is Good | 300-386 |
| UMG Recordings, Inc. | Kanye West | Drive Slow | Late Registration | 372-867 |
| Capitol Records, Inc. | Pink Floyd | Hey You | The Wall | 14-787 |
| Warner Bros. Records Inc. | The Used | Take It Away | In Love And Death | 362-132 |

# EXHIBIT A

**IP Address:** 131.156.252.240 2007-02-09 17:02:16 EST   **CASE ID#** 117738578

**P2P Network:** GnutellaUS   **Total Audio Files:** 126

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| Interscope Records | Mya | It's All About Me | It's All About Me (single) | 256-080 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Gladys Knight | You | All Our Love | 87-678 |

# EXHIBIT A

**IP Address:** 131.156.253.179 2007-04-15 19:36:28 EDT  **CASE ID#** 125621982

**P2P Network:** AresWarezUS  **Total Audio Files:** 220

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Adema | Giving In | Adema | 302-233 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| Virgin Records America, Inc. | Smashing Pumpkins | 1979 | Mellon Collie and the Infinite Sadness | 183-904 |
| Virgin Records America, Inc. | Smashing Pumpkins | Hummer | Siamese Dream | 169-635 |
| Caroline Records, Inc. | Smashing Pumpkins | Daydream | Gish | 140-511 |

## EXHIBIT A

**IP Address:** 131.156.253.199 2007-02-06 10:01:14 EST    **CASE ID#** 117398098

**P2P Network:** GnutellaUS    **Total Audio Files:** 120

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Pig | Before These Crowded Streets | 257-982 |
| SONY BMG MUSIC ENTERTAINMENT | Jessica Simpson | I Wanna Love You Forever | Sweet Kisses | 276-117 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | The Zephyr Song | By The Way | 316-878 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Prayer | A New Day Has Come | 311-366 |
| Arista Records LLC | Ace of Base | The Sign | The Sign | 169-749 |
| UMG Recordings, Inc. | Vanessa Carlton | Ordinary Day | Be Not Nobody | 313-943 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| BMG Music | NSYNC | I Drive Myself Crazy | *NSYNC | 252-748 |

## EXHIBIT A

**IP Address:** 131.156.253.86 2007-02-13 21:48:15 EST                **CASE ID#** 118243496

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 88

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Heartbreaker | Rainbow | 276-595 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Butterfly | Butterfly | 244-014 |
| UMG Recordings, Inc. | Semisonic | Closing Time | Feeling Strangely Fine | 251-980 |
| Virgin Records America, Inc. | Spice Girls | Who do you think you are | Spice | 201-276 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |