IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; CAROLINE RECORDS, INC., a New York corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>    Plaintiffs, <br><br> v. <br><br> DOES 1 - 17, <br><br>    Defendant. | Case No. 07 C 06717 <br><br> Honorable David H. Coar |

## NOTICE OF MOTION

Please take notice that on Thursday, March 27, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar, or any Judge sitting in his stead in Courtroom 1419 at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present the ***Plaintiffs' Motion for Extension of Time to Effectuate Service***, a copy of which is attached hereto and hereby served upon you.

CHGO1\31160649.1

Respectfully submitted,

WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; LAFACE RECORDS LLC; LAVA RECORDS LLC; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; CAROLINE RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

Plaintiffs

DATED: March 21, 2008

By: _____*/s/ Ann Marie Bredin*_____
　　　　One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

2

CHGO1\31160649.1

## CERTIFICATE OF SERVICE

I, Ann Marie Bredin, hereby certify that on March 21, 2008, I caused copies of the following *Notice of Motion* and *Plaintiffs' Motion for Extension of Time to Effectuate Service* (together, the "Motion") to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on March 21, 2008, I caused a copy of the Motion to be served on the following party, via overnight delivery and regular United States mail, first class postage prepaid:

>Kenneth L. Davidson, General Counsel
>Northern Illinois University
>1425 W. Lincoln Hwy.
>Dekalb, IL 60115-2825

DATED: March 21, 2008               By:      */s/ Ann Marie Bredin*
                                                    Ann Marie Bredin

CHGO1\31168592.2