# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Warner Bros. Records Inc., et al.

                         Plaintiff,

v.                                      Case No.: 1:07–cv–06717

                                      Honorable David H. Coar

Does

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2008:

      MINUTE entry before Judge Honorable David H. Coar: MOTION by Plaintiffs UMG Recordings, Inc., Sony BMG Music Entertainment, Priority Records LLC, Motown Record Company, L.P., Laface Records LLC, Warner Bros. Records Inc., Lava Records LLC, Interscope Records, Elektra Entertainment Group Inc., Capitol Records, Inc., Caroline Records, Inc., BMG Music, Atlantic Recording Corporation, Arista Records LLC, Virgin Records America, Inc. for extension of time to Effectuate Service [16] is granted in part. Time to effectuate service is extended for an additional 30 days and not 90 days.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.