# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Warner Bros. Records Inc., et al.

                          Plaintiff,

v.                                                      Case No.: 1:07−cv−06717

                                                          Honorable David H. Coar

Does

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Status hearing held on 4/22/2008. The plaintiff is given an additional 30 days to serve the defendant, this is a final extension. Status hearing continued to 5/28/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.