Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6717 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Warner Bros Records, Inc., et al vs. Does | | |

**DOCKET ENTRY TEXT**

Status hearing held.  Pursuant to the notice of dismissal [20], this action is dismissed without prejudice, each party to bear its/his own fees and costs.  Civil case terminated.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|